UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:                                )       BK No.:   20-80504
DANIEL R BLEATMAN                     )
                                      )       Chapter: 13
                                      )       Honorable Thomas M. Lynch
                                      )
                                      )
          Debtor(s)                   )

### ORDER OF DISMISSAL FOR FAILURE TO MAKE PLAN PAYMENTS

THIS MATTER coming before the Court on the Motion to Dismiss filed on December 7th, 2023 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  January 18, 2024

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368